**FILED**
CLERK, U.S. DISTRICT COURT

4/7/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GERALD E. HELLER, an individual, | CASE NO. 2:15-cv-09631-MWF-KS |
| Plaintiff, | **ORDER SETTING DEADLINE FOR DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO CAL. CIV. PROC. CODE §§ 425.16, *ET SEQ.*** |
| vs. | |
| NBCUNIVERSAL, INC., et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation, the Court orders as follows:

If Defendants file a motion to strike pursuant to Cal. Civ. Proc. Code §§ 425.16, *et seq.* (the "Anti-SLAPP Statute) in response to Plaintiff's Second Amended Complaint ("Further Motion to Strike"), Defendants shall have up to and including 15 days from service of the final ruling on such Further Motion to Strike in which to file a motion for attorneys' fees and costs pursuant to the Anti-SLAPP Statute ("Fee Motion").

The Fee Motion may be based on the ruling(s) on either or both of Defendants' (i) motion to strike claims in the First Amended Complaint (the "Initial Motion to Strike"), which was granted in part on March 30, 2016, and (ii) Further Motion to Strike.

If Defendants choose not to file a Further Motion to Strike, Defendants shall have up to and including 15 days from filing their Answer in which to file any Fee Motion based on the ruling on the Initial Motion to Strike.

IT IS SO ORDERED.

DATED: April 7, 2016

_____
Hon. Michael W. Fitzgerald
United States District Judge

1