UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GERALD E. HELLER, an individual,<br><br>  Plaintiff,<br>vs.<br><br>NBCUNIVERSAL, INC., et al.,<br><br>  Defendants. | CASE NO. 2:15-cv-09631-MWF-KS<br><br>**ORDER RE PLAINTIFF'S THIRD AMENDED COMPLAINT AND SCHEDULING** |

LA134038750

1   Pursuant to the parties' Stipulation, the Court orders as follows:

2   Plaintiff's Third Amended Complaint ("TAC") is deemed filed as of today's date.

3   The TAC intentionally excludes as parties certain defendants who were parties to
4   the Second Amended Complaint and certain claims that were alleged in the Second
5   Amended Complaint.  All such defendants and claims shall be deemed to have been
6   dismissed with prejudice.  Plaintiff shall not seek leave to amend the TAC, including
7   leave to add any new allegations, claims or parties (including, without limitation, parties
8   who were previously named in this action and dismissed).

9   Defendants shall respond to the TAC on or before November 2, 2018.

10  Within two weeks of when the pleadings are settled, the parties will propose a
11  detailed discovery and trial plan to the Court.

13  IT IS SO ORDERED.

15  DATED: September 28, 2018

_____
Michael W. Fitzgerald
United States District Judge

LA134038750