UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 15-9631-MWF (KSx)        **Date:** December 4, 2018
**Title:** Gerald E. Heller v. NBCUniversal, Inc., et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER RE: EX PARTE APPLICATION [106] AND ORDER TO SHOW CAUSE

    On November 2, 2018, Defendants NBCUniversal Media, LLC, et al., filed a Motion to Dismiss Third Amended Complaint (the "Motion"). (Docket No. 103). The Motion is noticed for a hearing on December 17, 2018. Per Local Rule 7-11, Plaintiff's Opposition was therefore due on November 26, 2018. Plaintiff, however, did not file an Opposition until December 3, 2018. (Docket No. 105). Defendants' Reply was also due on December 3, 2018. On December 3, 2018, Defendants filed an ex parte application seeking an order to strike Plaintiff's late-filed Opposition or, in the alternative, extending Defendants' deadline to file a Reply until December 10, 2018. (Docket No. 106).

    The Court, with reluctance, will accept the late Opposition. The Court will continue the deadline for the optional Reply to **December 10, 2018**. The hearing remains scheduled for **December 17, 2018, at 10:00 a.m.**

    There is no explanation or apology for the late Opposition. The Court assumes the fault lies with counsel and not Plaintiff itself. Accordingly, Plaintiff's counsel, Brent M. Finch, Esq., is **ORDERED TO SHOW CAUSE** in writing by **December 14, 2018**, why he should not be monetarily sanctioned for the late filing and failing to comply with the Local Rules.

    IT IS SO ORDERED.