UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-9631 MWF (KSx) | Date | December 17, 2018 |
|---|---|---|---|
| Title | Gerald E. Heller v. NBCUniversal, Inc., et al. | | |

| Present: The Honorable | Michael W. Fitzgerald, U.S. District Judge |
|---|---|

| Stephen Montes Kerr | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brent M. Finch | Jeff E. Scott |
| | Vincent H. Chieffo |

**Proceedings:**   Motion to Dismiss Third Amended Complaint [103]

Cause called; appearances made.

Court issues tentative ruling and hears oral argument.  For reasons stated on the record, the Court takes the motion under submission and discharges the Order to Show Cause issued on December 4, 2018.  Order to issue.

|  | : | 13 |
|---|---|---|
| Initials of Preparer | | SMO |